

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00255-CV

**EX PARTE S.E.W.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-14781
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED denying the appellee's petition for expunction. It is ORDERED that appellant, Texas Department of Public Safety, recover its costs of this appeal from appellee, S.E.W.

SIGNED February 15, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice